United States District Court
For The District of Columbia

Jibril L. Ibrahim
Plaintiff

v.

District of Columbia
Defendants

Civil Action No: Unassigned
(Judge Ellen Huvelle)

Case: 1:08-mc-00007
Assigned To : Huvelle, Ellen S.
Assign. Date : 1/3/2008
Description: Miscellaneous

Notice of appeal

Notice is given that plaintiff appeals to the US Court of Appeals for the DC Circuit the Nov. 5, 2007 denial of leave to file by District Court Judge, Ellen S. Huvelle, United States District Court for the District of Columbia for abuse of discretion and failure to comply with the Rules of Civil Procedure.

Executed on: Dec. 5th 2007

Jibril Ibrahim 08587-007
P.O. Box 33
Terre Haute, In. 47808

Certificate of Service

The above and copy were mailed, first class, this 6th day of December 2007, addressed to: US Court of Appeals, D.C. Circuit, Wash., D.C. 20001-2866 and, Chief Justice John Roberts, D.C. Circuit, US Supreme Court, Wash., D.C. 20543.

Jibril L. Ibrahim
Pro Se

United States District Court
For the District of Columbia

Jibril L. Ibrahim
AKA Grant Anderson
  Plaintiff

v.                                            Civil Action No.

District of Columbia,
  Defendant

LEAVE TO FILE DENIED
E S Huvelle
11/5/07

Application Pursuant To Court
Order Seeking Leave To File

Pursuant to the June 16, 1993 injunction order (attached herewith) plaintiff seeks leave to file the accompanied Civil Action, Ibrahim v. D.C., and states:

A. The claims alleged in the accompanied Civil Action against the District of Columbia are not frivolous issues taken in bad faith because, the allegations are based on facts, evidence and law. Plaintiff has acted in good faith for seven years before bringing this complaint.

B. There is a tenable basis for each claim, supported by documents, for impeding, interfering and impairing access to the courts under the First, Fifth and Fourteenth Amendments, as well as, cited case law in the complaint.

C. The claims inlayed in the complaint are not precluded by previous suits because plaintiff has diligently sought relief for seven straight years though administrative efforts and D.C. Code 12-309, and judges of Superior Court. That it wasn't until 1998 that the issue in the complaint RECEIVED itself until now, as a result of a well orches-

RECEIVED
OCT 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

trated conspiracy by D.C. Government employees.

Respectfully Submitted

Jubril L. Ibrahim 08587-007
P.O. Box 33
Terre Haute, IN. 47808
CM# 7002 0510 0000 4712 0487